**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 128 MM 2021
                              :

                Respondent   :

                              :

                  v.                :

                              :

TIMOTHY JAY ADAMS,          :

                              :

                Petitioner     :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of February, 2022, the Application for Leave to File Original Process is GRANTED, and the "Motion to Vacate Judgment/Motion for Extraordinary Relief," the "Motion to Order the Production of Documents," and the "Motion to Appoint Counsel" are DENIED.